**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**


**UNITED STATES OF AMERICA**

**vs.**                                                    **CASE NO. 4:05cr3-RH**

**BILLY LEE THOMAS,**                          **DOCKET NO. 4:06mj87-WCS**

     **Defendant.**

_____/


**O R D E R**

    The Defendant appeared before the undersigned on a first appearance today to

answer to the charges of violating his supervised release.

    Accordingly, it is **ORDERED** that the Defendant shall appear before Judge Hinkle

on **June 30, 2006, beginning at 10:00 A.M.**, for a revocation hearing.

Until that appearance, Defendant will remain subject to the conditions of supervised

release.

    **DONE AND ORDERED** on June 15, 2006.


          S/ William C. Sherrill, Jr.
          **WILLIAM C. SHERRILL, JR.**
          **UNITED STATES MAGISTRATE JUDGE**